IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LINDA PLEMONS aka
Linda Plemons Buechler,

          Plaintiff,

v.                      CIVIL ACTION NO. 2:03-0418

DOUGLAS Q. GALE, et al.,

          Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying Memorandum Opinion and Order granting the defendants' motion for summary judgment, the Court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

          ENTER:    July 27, 2005

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE